**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:        In re Mother Doe and Father Doe, Individually and as Next
                            Friends of John Doe and Jane Doe

Appellate case number:      01-15-00112-CV

Trial court case number:    1045092

Trial court:                County Civil Court at Law No. 2 of Harris County

       On February 6, 2015, relators, Mother Doe and Father Doe, filed a petition for writ of mandamus challenging the trial court's December 16, 2014 "Joint Protective Order." The Court requests that the real party in interest, the Beth Yeshurun Day School, respond to the petition for writ of mandamus. It is **ordered** that the response of any interested party, if any, shall be due within 20 days of the date of this order.

       It is so ORDERED.

Judge's signature:/s/ <u>Sherry Radack</u>
               ☒ Acting individually    ☐ Acting for the Court

Date:  February 10, 2015